# EXHIBIT B

**Tornabene, Tyler H.L. (USAWAE)**

| | |
|---|---|
| From: | ▓▓▓▓ <▓▓▓▓▓▓▓▓▓▓▓▓▓> |
| Sent: | Friday, December 09, 2016 11:35 AM |
| To: | ▓▓▓▓▓▓ |
| Cc: | 'Mid Columbia Research' |
| Subject: | RE: Braeburn HS-16-555/ PI Contact Number |

▓▓▓▓

Good morning. Dr. ▓▓▓▓'s cell phone number is ▓▓▓▓▓▓▓. This can be used if there is a safety event/emergency. Have a great weekend!

Thank You,

▓▓▓▓▓▓▓▓▓▓

Regulatory Manager
Mid-Columbia Research

Office: 509▓▓▓▓
Fax: 509▓▓▓▓

Email: ▓▓▓▓▓▓▓▓▓▓▓
Address: 2630 N. Columbia Center Blvd, Suite#2
Richland, WA, 99352

Mid Columbia Research

The information contained in this message may be privileged and/or confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. Note that any views or opinions presented in this message are solely those of the author and do not necessarily represent those of Mid Columbia RESEARCH. All emails are subject to monitoring and archival. Finally, the recipient should check this message and any attachments for the presence of viruses. Mid Columbia RESEARCH accepts no liability for any damage caused by any virus transmitted by this email. If you have received this in error, please notify the sender immediately by replying to the message and deleting the material from any computer.

---

From: ▓▓▓▓▓▓ [mailto:▓▓▓▓▓▓▓▓▓]
Sent: Friday, December 9, 2016 8:30 AM
To: ▓▓▓▓▓ <▓▓▓▓▓▓▓▓▓▓▓▓>
Subject: Braeburn HS-16-555/ PI Contact Number

Good Morning Heather,

**Exhibit B**

1

The Sponsor is asking all sites to provide the PI's cell phone number in the event the Medical Monitor needs to discuss a safety event/emergency situation with the PI. Could you please provide me Dr. ████'s cell phone number? If your site does not divulge that information, can you provide me with a number that could be used to reach Dr. ████ both during/after office hours?

If you have additional questions, please contact me.

Kind Regards,

████ MS, MPH
*Clinical Research Associate*

Medpace
100 Decker Court, Suite 250
Irving, Texas 75062

Tel:     +1 ████
Mobile:  +1 ████
Fax:     +1 ████
E-mail:  ████
www.medpace.com

This transmission, including any attachments, is confidential, proprietary, and may be privileged. It is meant solely for the intended recipient. If you are not the intended recipient, you have received this transmission in error and you are hereby notified that any review, disclosure, copying, distribution, or use of this transmission or any information included therein, is unauthorized and strictly prohibited. If you have received this transmission in error, please immediately notify the sender by reply and permanently delete all copies of this transmission and any attachments.

MPUID5375