# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
### Richland

**USA v. Sami Anwar**                                          **Case No.   4:18-CR-6054-SMJ**

**Arraignment/Initial Appearance on Indictment:**                                     **11/09/2018**

| | | | |
|---|---|---|---|
| ☒ | Pam Howard, Courtroom Deputy [Y/video] | ☒ | Tyler Tornabene, US Atty |
| ☒ | Cora Vargas, Courtroom Deputy [R] | ☒ | Scott Johnson, Defense Atty |
| ☒ | Erica Helms, US Probation / Pretrial Services Officer [Y] | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☒ in custody USM ☐ out of custody | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☒ | USA Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☐ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of charging document |
| ☐ | The Court will appoint the Federal Defenders | ☒ | Defendant waived reading of charging document |
| ☐ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☐ | Charging document read in open court |
| ☒ | PRE-Trial Services Report ordered | ☐ | POST Pre-Trial Services Report ordered |
| ☐ | AO Advice of Penalties/Sanctions filed | | |

## REMARKS

  USA requested the 2 corporate Defendant's be issued Summons by the Court.
  Defendant appeared and was assisted by counsel and advised of their rights and the allegations contained in the charging document.

Court recessed from 2:40 p.m. to 3:06 p.m. to allow time for the Defendant to read the Indictment.

  "Not guilty" plea entered.
  Discovery to be provided pursuant to the local rule on discovery.

**The Court ordered:**
  1. Defendant shall be detained by the U. S. Marshal until further order of the Court.

**Detention Hearing:**
**11/09/2018 @ 3:00 p.m. [R/MKD]**