AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

United States of America
v.
SAMI ANWAR

Defendant

)
)
)
)
)
)
)

Case No.   4:18-CR-6054-SMJ-1

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 08, 2018**

SEAN F. McAVOY, CLERK

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   SAMI ANWAR,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1349 CONSPIRACY TO COMMIT WIRE FRAUD
18 U.S.C. § 1349 CONSPIRACY TO COMMIT MAIL FRAUD
18 U.S.C. § 1343 WIRE FRAUD
18 U.S.C. § 1341 MAIL FRAUD
21 U.S.C. § 843(a)(3) FRAUDULENTLY OBTAINING CONTROLLED SUBSTANCES
21 U.S.C. § 843(a)(4)(A) FURNISHING FALSE OR FRAUDULENT MATERIAL INFORMATION

Date: Nov 07, 2018, 9:41 am

*Issuing officer's signature*

City and state:   Spokane, Washington

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/07/18, and the person was arrested on *(date)* 11/08/18
at *(city and state)* Kennewick, WA

Date: 11/08/18

Arrested within the E/WA
By: DEA
(Agency)
*Arresting officer's signature*
Executed On: 11/08/18
Sign: Reagan R Hayes, USMS
*Printed name and title*