# United States District Court, Eastern District of Washington
## Magistrate Judge John T. Rodgers
### Richland

**USA v. Sami Anwar**     Case No.  **4:18-CR-6054-EFS-1**

Richland Video Conference (JTR @ Spokane; Counsel and Defendant @ Richland)
The Defendant agreed to appear via video conference.

**Detention Hearing:**     **11/09/2018**

| | | | |
|---|---|---|---|
| ☒ | Pam Howard, Courtroom Deputy [Tele] | ☒ | Tyler Tornabene and Daniel Fruchter, US Attys |
| ☒ | Melissa Orosco, Courtroom Deputy [S]<br>Cora Vargas, Courtroom Deputy [R] | ☒ | Scott Johnson, Defense Atty |
| ☒ | Erica Helms, US Probation / Pretrial Services [Tele] | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☒ in custody USM ☐ out of custody | ☐ | Defendant not present / failed to appear |
| ☒ | Defendant continued detained | ☐ | Conditions of Release imposed |
| | | ☐ | 199C Advice of Penalties/Sanctions |

## REMARKS

The Court has reviewed the filings to date, except for the exhibits, pending counsel's arguments.

USA proffered its filings and the pretrial services report and concurs with its recommendation of continued detention of the Defendant. USA argued why the Court should detain the Defendant and why there are no conditions of release which will reasonably assure Defendant's appearance as required and/or the safety of any other person and the community including alleged witness intimidation, foreign ties, and that if Defendant flees to Pakistan, they would not be able to extradite Defendant.

Court colloquy with USA regarding amount of funds seized from the Defendant and if a Nebbia hearing would be required. USA responds and argues that no amount of cash bail would guarantee Defendant's appearance. USA also advises the Court as to this Defendant's alleged ties to an international criminal syndicate.

Defense counsel argued why the Defendant should be released and proffers conditions of release. Defense advises Defendant's passport is expired. Defense argues Defendant's family is here and ensure he is not a flight risk. Defense presents rebuttal arguments to USA's allegations.

USA presents reply arguments to Defense response.

U. S. Pretrial Services Officer, Erica Helms addressed the Court regarding Defendant's prior history.

**The Court ordered:**
1. The Court will take the matter under advisement and make a ruling after further review of the materials submitted.
2. Defendant shall be detained by the U.S. Marshal until further order of the Court.