William D. Hyslop
United States Attorney
Eastern District of Washington
Daniel Hugo Fruchter
Tyler H.L. Tornabene
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:18-CR-6054-EFS |
| vs. | United States' Witness List |
| SAMI ANWAR, MID COLUMBIA RESEARCH LLC ZAIN RESEARCH, LLC | |
| Defendants. | |

Plaintiff, United States of America, by and through William D. Hyslop, United States Attorney for the Eastern District of Washington, and Daniel Hugo Fruchter and Tyler H.L. Tornabene, Assistant United States Attorneys, submits the following Witness List for trial scheduled to commence November 4, 2019:

1. Mathews Adera
2. Conor Anderson
3. Sameera Anwar
4. Michael Baptiste
5. Waseem Bawani
6. Billy Birge
7. Reed Brady

United States' Witness List - 1

8. Mandie Brown
9. Justina Bruinekool
10. David Burrow*
11. Albert Calvelo*
12. Ruben Ceballos
13. Denisse Charles
14. Deborah Claire
15. Jennifer Conroy
16. Alyssa Correa
17. Joventino Correa
18. Perry Coulton
19. Jay Cruto
20. Sanjuanita Cruz
21. Lucia Dawson
22. Thomas Doyle
23. JoAnn Durham
24. Barbara Edwards
25. Mark Eliason*
26. Heather Ellingford
27. Manny Estrada
28. Alison Fast
29. Chris Fegan
30. Aaron Fernandez
31. Susan Franks
32. Ashley Galvan
33. Daisy Garduno
34. Dennie Grabow
35. Rachel Gregoire

United States' Witness List - 2

36. Ethan Gussenhoven
37. Lisa Gussenhoven
38. Anita Haftvani
39. Joseph Hagood
40. Arthur Hand, Sr.
41. Colin Hanley **
42. Eugenie Hanley **
43. Brad Hansman
44. Farrukh Hashmi
45. Jack Hegel
46. Laurie Hensley
47. Cathy Heymann
48. Geoffrey Heywood
49. Javier Huerta **
50. Danish Jabbar
51. Jennifer Johnson
52. Sonnie Kim
53. Vera Kuswanto
54. Mispah Kwang
55. Imtiaz Lalpuria
56. Mary Ellen Lander
57. Meghan Landon
58. Michael Lee
59. Tracy Li
60. Stacey Lindeman
61. Elizabeth Liston **
62. Kimbery Liston **
63. Prisca Lucas

United States' Witness List - 3

64. Rosa Macias
65. Karen Maksin
66. Sterling McPherson *
67. Lucien Megna
68. Tamara Morocco
69. Kaitlynn Moulton
70. Daniel Munoz *
71. Dean Mustig
72. Cheta Nand
73. Tania Noble
74. Corina O'Connell
75. Rhona O'Donnell
76. Dawn Olenjack
77. Sonia Oosman
78. Chris Page
79. Kristen Parkhurst
80. Frederic Patel
81. Phetsavanh Phiouphanh
82. Lee Pitts
83. Meloni Plummer
84. Yvette Rios
85. Sherri Rohlf
86. Sarah Rosenau
87. Kurt Roth
88. Isabella Ruoco
89. Amra Sakic
90. Piotr Scislowski
91. Arthur Simone *

United States' Witness List - 4

92. Harbeer Singh
93. Sylvia Stover
94. Michael Strassell
95. Faiyaz Suliamon
96. Gopinath Sunil
97. Laura Tedesco
98. Ariel Teeters
99. Craig Tom
100. Cynthia Torres
101. Kevin Tripp
102. Zechaviah Vasquez
103. Theresa Veira
104. Anne Wesler
105. Lesliy Yin
106. Carla Yunis
107. Bank of America Custodian of Records
108. Key Bank Custodian of Records
109. U.S. Bank Custodian of Records
110. Braeburn Custodian of Records
111. Medpace Custodian of Records
112. ICON Clinical Research Custodian of Records
113. Pfizer Custodian of Records
114. Parexel International Custodian of Records
115. FDA Custodian of Records
116. Clinical Supplies Management Custodian of Records

*Previously Disclosed Expert Witness

** Potential Rebuttal Witness

The United States hopes to reach stipulations regarding certain matters regarding the authenticity and admissibility of business records and electronic communications, which would obviate the need for calling custodians of records or other individuals for the sole purpose of authenticating documents.

Dated: October 24, 2019.

                                      Respectfully Submitted,

                                      William D. Hyslop
                                      United States Attorney

                                      */s/ Dan Fruchter*
                                      Daniel Hugo Fruchter
                                      Tyler H.L. Tornabene
                                      Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John Gary Metro, Counsel for Defendant

*s/Dan Fruchter*
Assistant United States Attorney

United States' Witness List - 7