# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br>-vs-<br>SAMI ANWAR (1);<br>MID COLUMBIA RESEARCH LLC (2); and<br>ZAIN RESEARCH LLC (3),<br>　　　　　　　　　　　Defendants. | Case No.　4:18-CR-6054-EFS-1, 2, 3<br>**CRIMINAL MINUTES**<br><br>DATE:　NOVEMBER 22, 2019<br>LOCATION:　RICHLAND<br><br>**JURY TRIAL – DAY FOURTEEN** |

| | **Hon. Edward F. Shea** | |
|---|---|---|
| Cora Vargas and Sara Gore | 02 | Kim Allen |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Tyler Tornabene<br>Daniel Fruchter | | Gary Metro for all Defendants |
| **Government Counsel** | | **Defense Counsel** |

[ X ]  **Open Court**　　　　　[ ]  **Chambers**　　　　　[ ]  **Telecon**

**9:00 a.m.**　　Jury deliberations begin

**4:17 p.m.**　　**All parties present w/o jury**

Defendant, Sami Anwar, present in custody of the US Marshal

Court and counsel discuss reading of the verdict

**4:20 p.m.**　　**Jury brought into open court with verdict**

Deputy Clerks read Verdicts:

　　Defendant Sami Anwar **– Guilty on all Counts** (Counts 1s – 47s)
　　Defendant Mid Columbia Research, LLC **– Guilty on all Counts** (1s – 47s)
　　Defendant Zain Research, LLC **– Guilty on Counts 1s and 2s; Not Guilty on Counts 3s – 47s**

# [ X ]  ORDER FORTHCOMING

| CONVENED:　4:17 P.M. | ADJOURNED:　4:36 P.M. | TIME:　:19 HR. | CALENDARED　[ X ] |
|---|---|---|---|

Jury polled with the following two questions:
    Is this your verdict?
    Is this the verdict of the jury?
All 12 jurors answer Yes to both questions

**4:34 p.m.**    Jury excused with the thanks of the Court

Court and counsel discuss sentencing

**Court:** Sentencing set for **March 11, 2020 at 10:00 a.m. in Richland** as to all Defendants**;** bench trial to be scheduled regarding forfeiture