FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 22, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SAMI ANWAR (1); <br> MID COLUMBIA RESEARCH(2); <br> ZAIN RESEARCH LLC (3), <br><br> Defendants. | CASE NO. 4:18-CR-6054-EFS-1, 2, 3 <br><br> ORDER ON JURY MEAL |

IT IS THE ORDER of the Court that the jury in this case be committed to the custody of a duly sworn bailiff or bailiffs; and

IT IS FURTHER ORDERED that the United States District Court pay for the meals of said jurors at the expense of the United States.

**DATED** this 22nd day of November, 2019.

```
           s/Edward F. Shea
            EDWARD F. SHEA
       Senior United States District Judge
```