FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 2 2 2019

SEAN F. McAVOY, CLERK
_____, DEPUTY
RICHLAND, WASHINGTON

1

2

3

4    UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF WASHINGTON
5

6  | UNITED STATES OF AMERICA,      |  No.    4:18-CR-06054-EFS-1

7  |              Plaintiff,

8  |        v.

9  | SAMI ANWAR,                     |  **JURY VERDICT**

10 |              Defendant.

11

12      ***INSTRUCTIONS TO JURY:*** *You must enter separate unanimous findings*

13   *as to each of the counts listed below. Your presiding juror must complete this verdict*

14   *form according to your deliberations by circling "Not Guilty" or "Guilty," where you*

15   *have reached a unanimous verdict; she or he must then sign and date the form.*

16

17                              **Count 1**

18      We, the Jury, in the above-captioned case, unanimously find Defendant Sami

19   Anwar, Not Guilty or Guilty *(circle only one)* of the offense of Conspiracy to Commit

20   Wire Fraud, in violation of 18 U.S.C. § 1349, as charged in Count 1 of the

21   Superseding Indictment.

22

## Count 2

We, the Jury, in the above-captioned case, unanimously find Defendant Sami Anwar, _Not Guilty or Guilty_ (*circle only one*) of the offense of Conspiracy to Commit Mail Fraud, in violation of 18 U.S.C. § 1349, as charged in Count 2 of the Superseding Indictment.

## Counts 3-25

As to Counts 3 through 25 of the Superseding Indictment, which charges Defendant Sami Anwar with Wire Fraud in violation of 18 U.S.C. § 1343, We, the Jury, in the above-captioned case, unanimously find Defendant Sami Anwar:

| Count | Verdict (*circle only one for each count*) | |
|:---:|:---:|:---:|
| 3 | Not Guilty | Guilty |
| 4 | Not Guilty | Guilty |
| 5 | Not Guilty | Guilty |
| 6 | Not Guilty | Guilty |
| 7 | Not Guilty | Guilty |
| 8 | Not Guilty | Guilty |
| 9 | Not Guilty | Guilty |
| 10 | Not Guilty | Guilty |
| 11 | Not Guilty | Guilty |
| 12 | Not Guilty | Guilty |
| 13 | Not Guilty | Guilty |

| Count | | |
|-------|-----------|-----------|
| 14 | Not Guilty | (Guilty) |
| 15 | Not Guilty | (Guilty) |
| 16 | Not Guilty | (Guilty) |
| 17 | Not Guilty | (Guilty) |
| 18 | Not Guilty | (Guilty) |
| 19 | Not Guilty | (Guilty) |
| 20 | Not Guilty | (Guilty) |
| 21 | Not Guilty | (Guilty) |
| 22 | Not Guilty | (Guilty) |
| 23 | Not Guilty | (Guilty) |
| 24 | Not Guilty | (Guilty) |
| 25 | Not Guilty | (Guilty) |

## Counts 26-40

As to Counts 26 through 40 of the Superseding Indictment, which charges Defendant Sami Anwar with Mail Fraud in violation of 18 U.S.C. § 1341, We, the Jury, in the above-captioned case, unanimously find Defendant Sami Anwar:

| Count | Verdict (*circle only one for each count*) | |
|-------|-----------|-----------|
| 26 | Not Guilty | (Guilty) |
| 27 | Not Guilty | (Guilty) |
| 28 | Not Guilty | (Guilty) |

| 29 | Not Guilty | (Guilty) |
| 30 | Not Guilty | (Guilty) |
| 31 | Not Guilty | (Guilty) |
| 32 | Not Guilty | (Guilty) |
| 33 | Not Guilty | (Guilty) |
| 34 | Not Guilty | (Guilty) |
| 35 | Not Guilty | (Guilty) |
| 36 | Not Guilty | (Guilty) |
| 37 | Not Guilty | (Guilty) |
| 38 | Not Guilty | (Guilty) |
| 39 | Not Guilty | (Guilty) |
| 40 | Not Guilty | (Guilty) |

### Counts 41-46

As to Counts 41 through 46 of the Superseding Indictment, which charges Defendant Sami Anwar with Fraudulently Obtaining Controlled Substances, in violation of 21 U.S.C. § 843(a)(3), We, the Jury, in the above-captioned case, unanimously find Defendant Sami Anwar:

| Count | Verdict (*circle only one for each count*) | |
|-------|------------|------------|
| 41 | Not Guilty | (Guilty) |
| 42 | Not Guilty | (Guilty) |

| 43 | Not Guilty | Guilty |
| 44 | Not Guilty | Guilty |
| 45 | Not Guilty | Guilty |
| 46 | Not Guilty | Guilty |

## Count 47

We, the Jury, in the above-captioned case, unanimously find Defendant Sami Anwar, _Not Guilty or Guilty_ *(circle only one)* of the offense of Furnishing False or Fraudulent Material, in violation of 21 U.S.C. § 843(a)(4)(A), as charged in Count 47 of the Superseding Indictment.

**DATED** this _22nd_ day of November 2019.

_____

PRESIDING JUROR