FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 02, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  4:18-CR-6054-EFS-1 |
| Plaintiff, | ORDER OF FORFEITURE |
| vs. | |
| SAMI ANWAR, | |
| Defendant. | |

Before the Court is the United States' oral motion for entry of an Order of Forfeiture. On March 6, 2020, the Court entered a Preliminary Order of Forfeiture, in accordance with 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2561(c), ECF No. 196, forfeiting the following property to the United States:

> $175,160.27 funds from KeyBank Account ending in 4371, seized on or about November 8, 2018, pursuant to the execution of a Federal Seizure Warrant

The United States published notice of the preliminary order of forfeiture. *See* ECF No. 227. (publication dates April 25, 2020, through May 24, 2020). The time for filing petitions for said asset, as provided in Federal Rule of Criminal Procedure

ORDER – 1

1   32.2(c) and 21 U.S.C. § 853(n), expired on June 24, 2020, and no petitions were filed

2   (timely or not).

3       On March 12, 2020 and April 14, 2020, the United States sent notice of the

4

5   preliminary order of forfeiture to Warda Chaudhary, via regular and certified U.S.

6   mail. *See* ECF No. 228. The time for filing petitions for said asset expired on May 19,

7

8   2020, and no petitions were filed (timely or not).

9       The United States filed a Superseding Indictment on February 5, 2019, charging

10  Defendant Sami Anwar, with Conspiracy to Commit Wire Fraud (Count 1) and

11

12  Conspiracy to Commit Mail Fraud (Count 2) in violation of 18 U.S.C. § 1349, Wire

13  Fraud (Counts 3-25) in violation of 18 U.S.C. § 1343, Mail Fraud (Counts 26-40) in

14  violation of 18 U.S.C. § 1341, Fraudulently Obtaining a Controlled Substance (Counts

15

16  41-46) in violation of 21 U.S.C. § 843(a)(3), and Furnishing False or Fraudulent

17  Material Information (Count 47) in violation of 21 U.S.C. § 843(a)(4)(A). ECF No.

18  77. The United States sought forfeiture of assets, pursuant to 18 U.S.C. § 981(a)(1)(C)

19

20  and 28 U.S.C. § 2461(c), for conviction(s) of the Conspiracy to Commit Wire Fraud

21  (Count 1), Conspiracy to Commit Mail Fraud (Count 2), Wire Fraud (Count 3 – 25)

22  and Mail Fraud (26 – 40), violations. *Id* at 84 – 86.

23      On November 22, 2019, a jury found Defendant Anwar guilty of Counts 1-47.

24

25  As a result of the jury verdicts, facts presented at trial, and information submitted in

26  the United States' Sentencing Memorandum, ECF No. 200 at 34-36, the United States

27  seeks a money judgment in the amount of $5,648,786.69 U.S. currency.

28

ORDER – 2

The Court has determined, based upon the evidence presented at trial and Defendants' sentencing hearing, and the information submitted by the parties, that $5,648,786.69 is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and that the United States has established the requisite nexus between the property and the offense.

Accordingly, **IT IS HEREBY ORDERED**:

1.    The United States' oral motion for entry of an Order of Forfeiture is **GRANTED.**

2.    The Court's March 26, 2020 Preliminary Order of Forfeiture, ECF No. 196, is **FINAL** as to any and all persons and entities: the $175,160.27 funds from KeyBank Account ending in 4371 are hereby forfeited to the United States.

3.    Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), Defendant Sami Anwar shall forfeit to the United States the sum of $5,648,786.69 U.S. currency, which shall be a forfeiture money judgment representing the total amount of proceeds obtained from the Wire Fraud and Mail Fraud violations alleged in the Superseding Indictment, for which he was found guilty.

3.    Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this Forfeiture Order is final as to the Defendant Sami Anwar at the time of sentencing and is made a part of the sentence and included in the judgment.

ORDER – 3

4.     Pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), the United States may seek forfeiture of any other property of the Defendant up to the value of the forfeitable property listed above.

5.     In accordance with Fed. R. Crim. P. 32.2(b)(3), the United States Drug Enforcement Administration (and/or its agents) is authorized to seize this sum, whether held by the Defendants or by a third party (if proceedings are commenced that comply with the statutes governing third-party rights), and to conduct any discovery proper in identifying or locating such property.

6.     The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel and the U.S. Probation Office.

**DATED** this 2nd day of October 2020.

_____s/Edward F. Shea_____
EDWARD F. SHEA
Senior United States District Judge

ORDER – 4