FILED

FEB 24 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff-Appellee, v. SAMI ANWAR, Defendant-Appellant. | No. 20-30205 <br><br> D.C. Nos. 4:18-cr-06054-EFS-1 4:18-cr-06054-EFS Eastern District of Washington, Richland <br><br> ORDER |

The court is of the unanimous opinion that the facts and legal arguments are adequately presented in the briefs and record and the decisional process would not be significantly aided by oral argument. Therefore, this case is ordered submitted on the briefs and record, without oral argument, on March 10, 2022, in Seattle, Washington. *See* Fed. R. App. P. 34(a)(2).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Allison Fung
Deputy Clerk
Ninth Circuit Rule 27-7