JEFFRY K. FINER
WA. Bar No. 14610
KSB Litigation
510 W Riverside Ave Ste 300
Spokane, WA 99201-0515
Telephone: (509) 666-2835
Email: jfiner@ksblit.legal

Attorney for Defendant
SAMI ANWAR

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>            v.<br><br>SAMI ANWAR,<br><br>                 Defendant. | CASE NO. 4:18-CR-06054-EFS-1<br><br>MOTION FOR ADMISSION PRO HAC VICE<br><br>COURT: Hon. Edward F. Shea |

      Pursuant to Local Rule 83.2(c), Undersigned Counsel hereby files this Motion for Admission Pro Hac Vice and respectfully requests that the Court permit Attorney Alan Ellis ("Attorney Ellis") to represent Defendant Sami Anwar ("Mr. Anwar") in the above-styled case. In support thereof, Undersigned Counsel states as follows:

      1.    Mr. Anwar has retained Attorney Ellis to represent him in the above-styled case. Attorney Ellis' address is:

        Law Offices of Alan Ellis

        35501 South Highway 1, Unit 150

        Gualala, CA 95445-9553

        Telephone: 415-895-5076

        Email: AELaw1@AlanEllis.com

      2.    Attorney Ellis has been licensed to practice law in the Commonwealth of Pennsylvania since 1968. He further has been admitted to practice before the following courts:

MOTION FOR ADMISSION PRO HAC VICE        1

| Court | Year Admitted |
|---|---|
| Supreme Court of Pennsylvania – PA Bar No. 17430 | 1968 |
| U.S. District Court for the Northern District of California | 1987 |
| U.S. District Court for the Eastern District of Pennsylvania | 1969 |
| U.S. District Court for the Middle District of Pennsylvania | 1975 |
| U.S. District Court for the Western District of Pennsylvania | 1999 |
| U.S. District Court for the District of Colorado | 1999 |
| U.S. District Court for the Northern District of New York | 2009 |

3.   Attorney Ellis has associated with Undersigned Counsel to act as local counsel in the above-styled case.  Undersigned Counsel is admitted to practice in the Eastern District of Washington. Undersigned Counsel's address is 510 W. Riverside Ave, Ste 300, Spokane, WA 99201-0515, and his phone number is (509) 666-2835.

4.   Mr. Anwar has retained Attorney Ellis to represent him in post-conviction matters for which Attorney Ellis has significant, specialized experience.

5.   Attorney Ellis certifies that he has no pending bar matters or suspensions in any court.

6.   Attorney Ellis further certifies that he will make himself familiar with, and shall be governed by, the local rules of this Court, the rules of professional conduct of the Washington State Bar, and all other requirements governing the United States District Court for the Eastern District of Washington.

WHEREFORE, IN LIGHT OF THE ABOVE, Undersigned Counsel respectfully requests that this Court allow Attorney Ellis to represent Mr. Anwar in the above-styled case.

Dated:  March 14th, 2022.

JEFFRY K. FINER

Jeffry K. Finer, WSBA No. 14610
Local Counsel for Defendant
SAMI ANWAR

MOTION FOR ADMISSION PRO HAC VICE                    2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14th, 2022, the foregoing MOTION FOR ADMISSION PRO HAC VICE was filed electronically and a copy was served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_Sarah Cohan_
Sarah Cohan