FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 06, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SAMI ANWAR,<br><br>  Defendant. | No.  4:18-cr-6054-EFS-1<br><br>**ORDER GRANTING PERMISSION TO PARTICIPATE PRO HAC VICE** |

Before the Court is the application of Alan Ellis for permission to appear pro hac vice as counsel for Defendant Sami Anwar, ECF No. 286.  The Court has reviewed the motion and supporting documents and is fully informed.  The Court finds that a showing of particular need to participate in this case has been made pursuant to LR 83.2(c)(1) and that the requirements of LR 83.2(c)(1) and (2) appear to have been met.

**IT IS HEREBY ORDERED** that the motion of Alan Ellis for permission to appear pro hac vice as counsel for Defendant Sami Anwar, **ECF No. 286,** is **GRANTED**.  Mr. Ellis may participate pro hac vice pursuant to Local Rule 83.2(c)(1) of the United States District Court, Eastern District of Washington for the purpose of representing Mr. Anwar in this matter.  Counsel of record,

1 Jeffry K. Finer, shall sign all pleadings, motions and other papers prior to filing and
2 shall meaningfully participate in this case.
3       **IT IS SO ORDERED.**  The Clerk's Office is directed to enter this order and
4 to provide copies to counsel.
5       **DATED** this 6th day of April 2022.

          <u>s/Edward F. Shea</u>
          EDWARD F. SHEA
   Senior United States District Judge