FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 06, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMI ANWAR,<br><br>　　　　　　Defendant. | No.　4:18-cr-6054-EFS-1<br><br>**ORDER REQUIRING THE UNITED STATES TO RESPOND AND RESETTING HEARING DATE** |

On April 5, 2022, Defendant Sami Anwar, through defense counsel, filed an "Emergency Motion for Compassionate Release (COVID-19)," ECF No. 289. The current hearing date for Defendant's motion is May 5, 2022. Based on the materials submitted, which include medical-expert opinions and analyses, the Court finds the circumstances warrant a response by the United States.

Accordingly, **IT IS HEREBY ORDERED**:

1. The United States shall file a response—as well as all other Bureau of Prisons records (medical, institutional, administrative) it believes to be relevant to Defendant's motion—by **Wednesday, May 04, 2022**. If it requires additional time to receive relevant documents from the Bureau of Prisons, the United States may notify the Court and seek an extension.

2. Defendant may file a reply by **Wednesday, May 11, 2022**.

ORDER - 1

3.  The May 5, 2022 hearing is **RESET** for hearing without oral argument on **Tuesday, May 24, 2022**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 6th day of April 2022.

<u>s/Edward F. Shea</u>
EDWARD F. SHEA
Senior United States District Judge
