Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Tyler H.L. Tornabene
Daniel Hugo Fruchter
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>SAMI ANWAR,<br><br>             Defendant. | Case No.: 4:18-CR-6054-EFS<br><br>United States' Motion to Expedite Hearing for Leave to File Document Under Seal<br><br>*Without Oral Argument*<br>Date: May 12, 2022<br>Time: 6:30 p.m. |

    Plaintiff, United States of America, by and through Vanessa R. Waldref, United States Attorney for the Eastern District of Washington, and Tyler H.L. Tornabene, Assistant United States Attorney for the Eastern District of Washington, moves the Court to expedite the hearing on the United States' Motion for leave to file under seal Exhibit A to the United States' Response to Defendant's Emergency Motion for Compassionate Release (ECF 292) in the above-entitled matter.

    The Motion to Expedite is necessary because the United States' Response to Defendant's Emergency motion was filed on May 4, 2022 and the document the

Motion to Expedite Hearing on Motion for Leave to File Document Under Seal – 1

United States is requesting to be filed under seal (Exhibit A) contains medical records of the Defendant.

Dated: May 5, 2022.

          Vanessa R. Waldref
          United States Attorney

          *s/ Tyler H.L. Tornabene*
          Tyler H.L. Tornabene
          Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Alan Ellis            Email: AELaw1@AlanEllis.com
Jeffry K. Finer       Email: jfiner@ksblit.legal

*s/ Tyler H.L. Tornabene*
Tyler H.L. Tornabene
Assistant United States Attorney

Motion to Expedite Hearing on Motion for Leave to File Document Under Seal – 3