ALAN ELLIS
P.A. Bar No. 17430
*Pro Hac Vice* Pending
Law Offices of Alan Ellis
PA Bar No. 17430
35501 South Highway 1, Unit 150
Gualala, CA 95445-9553
Telephone: 415-895-5076
Email: AELaw1@AlanEllis.com

JEFFRY K. FINER
WA. Bar No. 14610
KSB Litigation
510 W Riverside Ave Ste 300
Spokane, WA 99201-0515
Telephone: (509) 666-2835
Email: jfiner@ksblit.legal

Attorneys for Defendant
SAMI ANWAR

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>SAMI ANWAR,<br><br>                    Defendant. | CASE NO.  4:18-CR-06054-EFS-1<br><br>UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY<br><br>COURT: Hon. Edward F. Shea |

Defendant SAMI ANWAR, by and through undersigned counsel, moves this honorable Court for a two-week extension of time in which to file his Reply to provide his counsel adequate time to review medical records provided by the Government in its Response (ECF No. 292) filed on May 4, 2022.

Per this Court's scheduling order of April 6, 2022 (ECF No. 291), Mr. Anwar is to file his reply by May 11, 2022.  For the reasons stated above, Mr. Anwar requests that he be permitted until May 25, 2022 in which to file his Reply.  The Government does not oppose Mr. Anwar's request for this extension of time.

Dated: May 11, 2022.

ALAN ELLIS

/s/ ALAN ELLIS
ALAN ELLIS

JEFFRY K. FINER

/s/ Jeffry K. Finer
JEFFRY K. FINER

Attorneys for Defendant
SAMI ANWAR

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2022, the foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY was filed electronically and a copy was served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/Alan Ellis
ALAN ELLIS