FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 12, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SAMI ANWAR,<br><br>  Defendant. | No.   4:18-cr-6054-EFS-1<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY** |

Before the Court is Defendant Sami Anwar's Unopposed Motion for Extension of Time to File Reply, ECF No. 298.  Defendant previously filed a motion for compassionate release,[1] and he now seeks to extend the corresponding reply deadline from May 11, 2022, to May 25, 2022.  Defense counsel avers that the United States Attorney's Office does not oppose the request.  The Court therefore finds good cause to grant Defendant's motion for an extension.

Accordingly, **IT IS HEREBY ORDERED**:

1.  Defendant's Unopposed Motion for Extension of Time to File Reply, **ECF No. 298**, is **GRANTED**.

2.  Defendant may file his reply by **Wednesday, May 25, 2022**.

---

[1] *See* ECF No. 289.

ORDER - 1

3. The May 24, 2022 hearing is **RESET** for hearing without oral argument on **Tuesday, June 14, 2022**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 12th day of May 2022.

*Edward F. Shea*
EDWARD F. SHEA
Senior United States District Judge

ORDER - 2