UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>SAMI ANWAR,<br><br>    Defendant. | No. 4:18-CR-06054-EFS<br><br>ORDER GRANTING UNITED STATES OF AMERICA'S MOTION TO AUTHORIZE PAYMENT FROM INMATE TRUST ACCOUNT<br><br>[PROPOSED] |

THIS MATTER came before the Court upon the United States of America's Motion to Authorize Payment from Inmate Trust Account pursuant to 18 U.S.C. §§ 3613(a) and 3664(n) requesting the Court to enter an Order authorizing the Bureau of Prisons to turn over to the Clerk of Court all of the funds held in the inmate trust account for the above-named Defendant, less $200 to remain in said account for the above-mentioned Defendant, as payment for the criminal monetary penalties imposed in this case. As set forth in the United States' motion, the Bureau of Prisons maintains in its possession, custody, or control approximately $3,010.54 in funds belonging to the Defendant that are currently in the Defendant's trust account. The Court concludes that cause exists to grant the motion, and therefore,

IT IS HEREBY ORDERED that the United States of America's Motion to Authorize Payment from Inmate Trust Account is granted, and it is further

ORDERED that the Bureau of Prisons is authorized to turn over to the Clerk of Court all of the funds held in the inmate trust account for the above-named Defendant, less $200 to remain in said account, and the Clerk of Court shall accept funds currently held in the trust account for the following inmate:

SAMI ANWAR, Reg No. 21140-085
FCI Sheridan
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 5000
Sheridan, OR 97378

The Clerk shall apply these funds as payment towards the criminal monetary penalties owed by the Defendant in this case.

IT IS SO ORDERED.

DATED this ____ day of _____, 2022.

_____
EDWARD F. SHEA
United States District Judge

ORDER GRANTING UNITED STATES OF AMERICA'S MOTION
TO AUTHORIZE PAYMENT FROM INMATE TRUST ACCOUNT - 2