The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WILLIAM S. POFF,<br><br>　　　　　Defendant. | NO. 2:09-CR-00160-JLR-3<br><br>STIPULATION TO RESOLVE REMAINING ISSUES ON REMAND |

Plaintiff, United States of America, and Defendant William S. Poff (Mr. Poff), stipulate as follows to resolve the remaining issues on remand from the Court of Appeals' July 12, 2019, Memorandum Decision [dkt. no. 326].

1. On June 1, 2016, this Court ordered the United States Bureau of Prisons (BOP) to "turn over $2,663.05 from Mr. Poff's BOP inmate trust account to the Clerk of this Court," to be applied to Mr. Poff's monetary obligations in this case. Dkt. no. 316 at 14.

2. On or about June 2, 2016, the BOP turned over the $2,663.05 from Mr. Poff's inmate trust account, as directed by the Court's order.

STIPULATION TO RESOLVE REMAINING ISSUES ON REMAND
(*United States v. William S. Poff,*
No. 2:09-CR-00160-JLR-3) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

ATTACHMENT 1　　　　　　　　　　　　　　　　　　　　　　　　　12

3. On July 12, 2019, the Ninth Circuit Court of Appeals issued a Memorandum Decision vacating this Court's June 1, 2016, Order, and remanding the case for further proceedings to determine how much of the $2,663.05 payment was proper under applicable statutes and the terms of Mr. Poff's Criminal Judgment [dkt. no. 259].

4. The parties, through counsel, have reviewed Mr. Poff's inmate trust account records and stipulate that $2,163.05 of the $2,663.05 payment was proper under applicable statutes and the terms of Mr. Poff's Criminal Judgment.

5. Accordingly, the parties further stipulate that the Clerk of Court should refund to Mr. Poff five hundred dollars ($500.00) from the funds he has paid towards his monetary obligations imposed in this case. The parties agree that this five hundred dollar refund will not be subject to 18 U.S.C. § 3664(n).

6. The parties agree that no adjustment to the terms of the Criminal Judgment is necessary to account for Mr. Poff's disabled veteran's benefits.

7. The parties jointly submit a proposed order directing the Clerk of Court to make the agreed payment.

DATED this 8th day of October 2019.

Respectfully submitted,

Brian T. Moran  　　　　　　s/ *Paul J. Collins*
United States Attorney　　　Paul J. Collins

STIPULATION TO RESOLVE REMAINING ISSUES ON REMAND
(*United States v. William S. Poff*,
No. 2:09-CR-00160-JLR-3) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

**ATTACHMENT 1**　　　　　　　　　　　　　　　**13**

| | | |
|---|---|---|
| 1 | | Wesley Sze |
| 2 | s/ *Kyle A. Forsyth* | Gibson, Dunn & Crutcher LLP |
| | Kyle A. Forsyth | 1881 Page Mill Road |
| 3 | Assistant U.S. Attorney | Palo Alto, CA 94304-1211 |
| | United States Attorney's Office | Tel. 650-849-5300 |
| 4 | 700 Stewart Street, Ste. 5220 | Fax. 650-849-5333 |
| 5 | Seattle, WA 98101 | Email: PCollins@gibsondunn.com |
| | Tel. 206-553-7970 | Email: WSze@gibsondunn.com |
| 6 | Fax. 206-553-4073 | |
| 7 | Email: kyle.forsyth@usdoj.gov | Ashley E. Johnson |
| | | Gibson, Dunn & Crutcher LLP |
| 8 | | 2100 McKinney Avenue, Suite 1100 |
| | | Dallas, TX 95201-6912 |
| 9 | | Tel. 214-698-3100 |
| 10 | | Fax. 214-571-2900 |
| | | Email: AJohnson@gibsondunn.com |
| 11 | | |
| 12 | | *Attorneys for Defendant William S. Poff* |

**STIPULATION TO RESOLVE REMAINING ISSUES ON REMAND**
(*United States v. William S. Poff*,
No. 2:09-CR-00160-JLR-3) - 3

# CERTIFICATE OF SERVICE

I hereby certify that I am a Paralegal Specialist in the office of the United States Attorney for the Western District of Washington, and am a person of such age and discretion as to be competent to serve papers;

That on October 8, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system;

That on October 8, 2019, I caused an electronic service copy of the foregoing to the following counsel for Defendant:

| | |
|---|---|
| Paul J. Collins | PCollins@gibsondunn.com |
| Ashley E. Johnson | AJohnson@gibsondunn.com |
| Wesley Sze | WSze@gibsondunn.com |

That on October 8, 2019, I caused copies of the parties' Joint Status Report to be delivered to the Defendant/Judgment Debtor, William S. Poff, by placing an envelope marked "Legal Mail – Open in the Presence of the Inmate" containing said documents into the United States Mail, postage prepaid, by First Class Mail, addressed as follows:

> William S. Poff
> Register No. 14361-040
> FCI Gilmer
> Federal Correctional Institution
> P.O. Box 6000
> Glenville, WV  26351

DATED this 8th day of October 2019.

> s/ Dawn H. Fernandez
> Dawn H. Fernandez, Paralegal
> United States Attorney's Office
> 700 Stewart Street, Suite 5220
> Seattle, Washington 98101
> Telephone: (206) 553-4308
> Facsimile: (206) 553-4073
> E-mail:  dawn.fernandez@usdoj.gov

STIPULATION TO RESOLVE REMAINING ISSUES ON REMAND
(*United States v. William S. Poff,*
No. 2:09-CR-00160-JLR-3) - 4

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

**ATTACHMENT 1** 15

The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM S. POFF,<br><br>Defendant. | NO. 2:09-CR-00160-JLR-3<br><br>[PROPOSED] ORDER DIRECTING CLERK OF COURT TO DISBURSE FUNDS |

Pursuant to the Stipulation of Plaintiff, United States of America, and Defendant William S. Poff (Mr. Poff), the Court enters the following order, which resolves all remaining issues on remand from the Ninth Circuit's July 12, 2019, Memorandum Decision [dkt. no. 326].

1. On or about June 2, 2016, the Bureau of Prisons paid the Clerk of this Court $2,663.05 from Mr. Poff's inmate trust account, as directed by the Court's order [dkt. no. 316].

2. Following remand from the Court of Appeals, the parties, through counsel, have reviewed Mr. Poff's inmate trust account records and

[PROPOSED] ORDER DIRECTING CLERK TO DISBURSE FUNDS
(*United States v. William S. Poff*,
No. 2:09-CR-00160-JLR-3) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

**ATTACHMENT 1** **16**

stipulate that $2,163.05 of the $2,663.05 payment was proper under applicable statutes and the terms of Mr. Poff's Criminal Judgment.

3. Accordingly, the Clerk of Court shall refund to Mr. Poff five hundred dollars ($500.00) from the funds he has paid to the Clerk of Court towards his monetary obligations imposed in this case. Counsel for the parties shall provide the Clerk of Court all payee information necessary to facilitate this payment.

DATED this ___ day of _____ 2019.

_____
Hon. James L. Robart
United States District Court Judge

Jointly submitted:

s/ *Kyle A. Forsyth*
Kyle A. Forsyth
Assistant U.S. Attorney

s/ *Paul J. Collins*
Paul J. Collins
Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER DIRECTING CLERK TO DISBURSE FUNDS
(*United States v. William S. Poff*,
No. 2:09-CR-00160-JLR-3) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

**ATTACHMENT 1**     **17**