Vanessa R. Waldref
United States Attorney
Brian M. Donovan
Assistant United States Attorney
Post Office Box 1494
Spokane, Washington 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>SAMI ANWAR,<br><br>        Defendant, | No. 4:18-CR-06054-EFS-001<br><br>DECLARATION OF<br>THERESE ROBERSON |
|---|---|

I, Therese Roberson, declare as follows:

1. I am employed as a paralegal specialist in the Financial Litigation Unit of the United States Attorney's Office for the Eastern District of Washington. In said capacity, I have been assigned responsibility for collecting the Judgment imposed in the above case against Defendant, SAMI ANWAR.

2. The official file, which is kept in the ordinary course of business of the United States Attorney's Office and which reflects significant collection events, indicates the following:

   a. On October 1, 2020, Judgment was entered against Defendant, SAMI ANWAR, in the amount of $1,895,250.10, in the United States District Court for the Eastern District of Washington. ECF No. 241.

   b. Payments totaling $150 have been credited to the Judgment debt. A true and correct copy of the payment history from the U.S. Clerk of Court is attached hereto as Exhibit A. The payment history shows

DECLARATION IN SUPPORT OF UNITED STATES OF AMERICA'S RESPONSE
TO THE COURT'S ORDER TO SHOW CAUSE - 1

that a payment was sent via BOP on June 9, 2022, in the amount of $25; however, the Clerk of Court confirmed that this payment was not posted until July 8, 2022, after the United States already filed its Motion to Authorize Payment from Inmate Trust Account.

    c.   As of August 4, 2022, the total amount currently due is $1,895,100.10.

3.   On July 29, 2022, I received from Terrance L. Moore, Supervisory Intelligence Officer, Federal Bureau of Prisons, an inmate account ledger and other account information for SAMI ANWAR, Inmate Register No. 21140-085. A true and correct copy of the inmate account ledger is attached hereto as Exhibit B (filed under seal).

4.   The inmate account ledger identifies the date, amount, and source of funds deposited in SAMI ANWAR's inmate trust account since the start of his incarceration with BOP.

5.   Based on information received from BOP, the entries marked "Payroll-IPP" in the amount of $27.90 dated June 8, 2022, and July 8, 2022, are prison wages earned by SAMI ANWAR.

6.   The inmate account ledger also identifies the money transmitted out of the inmate trust account. The ledger accurately identifies six $25 quarterly payments in accordance with the requirements of the Judgment. Based on information received from BOP, the $2.00 transactions are co-pays for medical appointments.

7.   Additional information provided by Terrance L. Moore indicates the current account balance for SAMI ANWAR is $3,011.44.

//
//
//
//

DECLARATION IN SUPPORT OF UNITED STATES OF AMERICA'S RESPONSE
TO THE COURT'S ORDER TO SHOW CAUSE - 2

8. On July 29, 2022, I sent a copy of the Court's Order to Show Cause and Placing Hold on Defendant's Inmate Trust Account (ECF No. 301) to BOP and requested that they hold all funds, except $500, in SAMI ANWAR's inmate trust account.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED August 4, 2022.

                Vanessa R. Waldref
                United States Attorney

                *Therese Roberson* (signature)

                Therese Roberson
                Paralegal Specialist
                Financial Litigation Unit
                United States Attorney's Office