Case 4:18-cr-06054-EFS    ECF No. 302-4    filed 08/04/22    PageID.8312    Page 1 of 1

USA V. ANWAR ET AL  
DWAE418CR006054 SAMI ANWAR  
Party Code: WAE594  
Comments:

Report Generated on: 8/4/2022:10:16AM  
Last Updated: 7/27/2022

Summary of Criminal Debts

| Debt Type | Case Number | Imposed | Collected | Outstanding |
|---|---|---|---|---|
| SPECIAL PENALTY ASSESSMENT | DWAE418CR006054001 | $4,700.00 | $150.00 | $4,550.00 |
| VICTIM JS RESTITUTION | DWAE418CR006054A | $1,890,550.10 | $0.00 | $1,890,550.10 |
| Totals | | $1,895,250.10 | $150.00 | $1,895,100.10 |

Detailed Records: Individual Payment History

| Date | Penalty Type | Case Number | Receipt | Paid |
|---|---|---|---|---|
| 6/9/2022 | SPECIAL PENALTY ASSESSMENT BOP | DWAE418CR006054001 | B060922DWAE418CR0060540015 | $25.00 |
| 3/9/2022 | SPECIAL PENALTY ASSESSMENT BOP | DWAE418CR006054001 | B030922DWAE418CR0060540015 | $25.00 |
| 12/10/2021 | SPECIAL PENALTY ASSESSMENT BOP | DWAE418CR006054001 | B121021DWAE418CR0060540016 | $25.00 |
| 9/9/2021 | SPECIAL PENALTY ASSESSMENT BOP | DWAE418CR006054001 | B090921DWAE418CR0060540016 | $25.00 |
| 6/9/2021 | SPECIAL PENALTY ASSESSMENT BOP | DWAE418CR006054001 | B060921DWAE418CR0060540018 | $25.00 |
| 3/10/2021 | SPECIAL PENALTY ASSESSMENT BOP | DWAE418CR006054001 | B031021DWAE418CR0060540019 | $25.00 |
| Total Paid | | | | $150.00 |

EXHIBIT A                                                                                                               4